# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 21, 2023

Lyle W. Cayce
Clerk

No. 21-60285

Tesla, Incorporated,

*Petitioner Cross-Respondent*,

International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO,

*Petitioner*,

*versus*

National Labor Relations Board,

*Respondent Cross-Petitioner*.

---

Petition for Review from an Order of the
National Labor Relations Board
NLRB Order No. 370 NLRB No. 101

---

ON PETITION FOR REHEARING EN BANC

(Opinion  March 31, 2023, 5 Cir.,  2023,  63 F.4th 981)

Before Richman, *Chief Judge*, and Jones, Smith, Stewart, Elrod, Southwick, Haynes, Graves, Higginson, Willett, Ho, Duncan, Engelhardt, Oldham, Wilson, and Douglas, *Circuit Judges*.

No. 21-60285

PER CURIAM:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs. Pursuant to 5th Circuit Rule 41.3, the panel opinion in this case dated March 31, 2023, is VACATED.